**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-23572-JB/Sanchez**

SHOLA A. SMITH,

        Plaintiff,

v.

JUDITH KREEGER, *et al.*,

        Defendants.

_____/

**ORDER ADOPTING IN PART MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on United States Magistrate Judge Eduardo I. Sanchez's Omnibus Report and Recommendation ("Report") on Plaintiff's Emergency Motion for Temporary Restraining Order and Amendment to Emergency Motion for Temporary Restraining Order for Ex-Parte Consideration (together, the "Motions"). ECF Nos. [5], [7]. In the Report, Magistrate Judge Sanchez recommends that the Motions be denied and this case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) because the Complaint fails to state a plausible claim upon which relief may be granted. ECF No. [16].

Plaintiff filed a Response to Report and Recommendation in which she objects to that portion of the Report which recommends that this action be dismissed because Plaintiff believes that "any deficiencies identified by the Court can be cured through amendment with the assistance of qualified counsel." ECF No. [18] ¶ 2. Plaintiff does not object to the merits of the Report's conclusions with respect to the Motions or the failure of the Complaint to state a plausible claim for relief. Plaintiff also filed

a separate Motion for Extension of Time to Obtain Counsel and for Leave to Amend. ECF No. [19].

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [16], is **AFFIRMED** and **ADOPTED** in all respects **except** as to the recommendation that this action be dismissed.

2. Plaintiff's Complaint, ECF No. [1], is **DISMISSED WITHOUT PREJUDICE** and **WITH LEAVE TO AMEND**.

3. Plaintiff's Emergency Motion for Temporary Restraining Order, ECF No. [5], and Amendment to Emergency Motion for Temporary Restraining Order for Ex-Parte Consideration, ECF No. [7], are **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**